UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Haydee L. Gil                              Case No: 13-25501-RAM
                                                    Chapter 13

_____Debtor_____/


### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on October 24, 2013 as follows:

Electronically:

Nancy N. Niedich, Trustee

One West Bank
c/o Gilbert Garcia Group, P.A.
2005 Pan Am Circle, Suite 110
Tampa, FL 33607

Via First Class Mail:

Debtor, Haydee L. Gil
7898 NW 192 Street
Hialeah, FL 33015

Via Certified Mail:

OneWest Bank
c/o Joseph Otting, CEO
888 East Walnut Street, 6th Floor
Pasadena, CA 91101

One West Bank
Corporation Service Company, R.A.
c/o Tony Ebers, CEO
1201 Hays Street, Tallahassee, FL 32301

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez
 Robert Sanchez, Esq., FBN#0442161