# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### SECOND AMENDED PLAN

DEBTOR: __Haydee L. Gil__  JOINT DEBTOR:_____ CASE NO.: __13-25501-RAM__

Last Four Digits of SS# ____7731____ Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ____36____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.   $__253.87__ for months __1__ to __36__; in order to pay the following creditors:

<u>Administrative:</u> Attorney's Fee - $ __3,650.00__ +$775.00 (Motion to Value)=$4,425.00 TOTAL PAID $ 1,200.00
  Balance Due   $ __3,225.00__ payable $__179.17__/month  (Months __1__ to __18__)

<u>Secured Creditors:</u>  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __NONE_____       Arrearage on Petition Date    $_____
Address:_____       Arrears Payment $_____/month  (Months _____ to _____)
_____              Regular Payment  $_____/month  (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| One West Bank, FSB | Homestead: 7898 NW 192 Street, Hialeah, FL 33015  $175,000.00 | 0 % | None | None | Strip off Mortgage |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

1. __NONE_____   Total Due    $_____
            Payable       $_____/month  (Months____ to ____) Regular Payment $

<u>Unsecured Creditors:</u>  Pay $__49.31__/month  (Months __1__ to __18__); Pay $__228.48__/month (Months __19__ to __36__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Secured Creditor, M&T Bank, mortgagee for the property located at 7898 NW 192 Street, Hialeah, FL 33015 is current and is being paid directly outside the plan. Secured Creditor, M&T Bank, mortgagee for the property located at 5083 NW 195 Terrace, Miami Gardens, FL 33015 is current and being paid directly outside the plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Haydee Gil_
Debtor
Date: __12/2/13__

Joint Debtor
Date: _____

LF-31 (rev. 01/08/10)